UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOYCE DAWSON,

        Plaintiff,

  v.

GINSING, LLC, a Washington limited liability company doing business as WILD GINGER and THE TRIPLE DOOR,

        Defendant.

C18-1228 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed Motion to Remand Case to State Court, docket no. 7, is GRANTED. Defendant concedes that remand is warranted. Accordingly, the Court hereby REMANDS this matter to the King County Superior Court.

(2) The Court additionally ORDERS that Defendant pay $1,000 in attorneys' fees incurred as a result of the removal of this action. The Court has discretion when ordering remand to impose attorneys' fees for removing a case without an "objectively reasonable basis." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005); 28 U.S.C. § 1447(c). The Court concludes filing for removal based on a mistaken understanding regarding the requirements for removal lacks an objectively reasonable basis. However, the Court also notes that Plaintiff could have reduced the cost associated with removal and remand by meeting and conferring with Defendant about the propriety of removal before filing a motion for remand.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2018.

                                                <u>William M. McCool       </u>
                                                Clerk

                                                <u>s/Karen Dews          </u>
                                                Deputy Clerk